200 So. 113

### Ollie COUNTS v. STATE.

8 Div. 78.

Court of Appeals of Alabama.

Nov. 26, 1940.

Rehearing Denied Dec. 17, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.

Affirmed.